# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

PAULETTO ROGERS,                          )
                        Plaintiff,          )
                                      )
v.                                         )          No. 3:17-CV-985-B
                                       )
GREYHOUND,                                 )
                        Defendant.          )

## <u>ORDER</u>

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 12th day of July, 2017.

 

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE